IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, a labor organization; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND;<br><br>Plaintiffs,<br><br>v.<br><br>BPM PROTECH COMPANIES, INC., d/b/a LAKE SHORE INTERIORS, an Illinois corporation; and TERRY HARDY, individually,<br><br>Defendant. | FILED<br>MARCH 13, 2008　　TC<br>JUDGE MANNING<br>MAGISTRATE JUDGE KEYS<br><br>No.　08cv1505<br><br>Judge |

**COMPLAINT TO ENFORCE AMOUNTS OWED ARISTING FROM ARBITRATION AWARD**

Plaintiffs, PAINTERS' DISTRICT COUNCIL NO. 14, a labor organization, and Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, by their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS, and ARNOLD AND KADJAN, complain against the Defendants **BPM PROTECH COMPANIES,, INC. d/b/a LAKE SHORE INTERIORS, ,** and **TERRY HARDY, Individually**, as follows:

**COUNT I**

**(Enforcement of Arbitration Award)**

<u>Jurisdiction and Venue</u>

1.　　Jurisdiction of this action is founded upon Section 301 of the National Labor Relations Act as amended by 29 U.S.C. Section 185(c) and which presents a federal question

pursuant to 28 U.S.C. Section 1331

2.      Venue is founded in this district pursuant to 29 U.S.C. Section 185(a) and because it is the district in which the Defendant resides.

## The Parties

3.      Plaintiff, PAINTERS' DISTRICT COUNCIL NO. 14, ("PDC 14" or the "Union"), a labor organization, has standing to bring this action pursuant to 29 U.S.C. Section 185(a).

4.      Defendant **BPM PROTECH COMPANIES, INC., d/b/a LAKE SHORE INTERIORS,** at all pertinent times herein, is an employer engaged in an industry affecting commerce, which on or about, date, executed a Memorandum of Joint Working Agreement with the Painters' District Council No. 14 and has agreed to be bound by the provisions of the Area Wide Collective Bargaining Agreement, ("CBA.") and any subsequent agreements negotiated between the Union and the PDCA.

## The Agreements

5.      Pursuant to the terms of the CBA., all disputes or grievances arising out of working conditions and operations shall be submitted to a Joint Trade Board (the "Board"), consisting of employer and PDC No. 14. representatives, convened pursuant to notice, to be resolved at a hearing of the Board.

## The Claim

6      PDC 14 brought charges against **BPM** . The charges were mailed to **BPM** via first class and certified mail.

7.      On June 6, 2004 the Joint Trade Board convened for hearing of the dispute.  **BPM** did not object to notice of the hearing or notice of the charges brought by the PDC 14.  The Board

decided the dispute in favor of the Union and against **BPM**. See copy of Decision and Award, attached hereto as Exhibit 4. The Board fined **BPM** in the amount of $33,,790.00 for the violation of Articles of the Collective Bargaining Agreement., and issued awards of back pay.

8. The Notice of Decision and award was served upon **BPM** via first class and certified mail.

9. **BPM** has paid the back pay in wages.

10. The Board's decision is final and binding upon the parties, as provided by Article XVII, Section 3 of the CBA. **BPM** did not take any action to set aside the Board's award and the time to take such action has passed.

11. By September, 2006. **BPM** had paid the wages and a portion of the fines. **BPM** and its owner, Terry Hardy, entered into an installment note to pay the balance of fines owed on the award. **BPM** has defaulted on the note and **$23,204.75** is the unpaid balance due on the note, plus interest and attorneys' fees.

WHEREFORE, Plaintiff, PAINTERS' DISTRICT COUNCIL NO. 14, prays that this Court enter relief as follows:

A. Enforce the Board's award by entering judgment in favor of the Plaintiff and against the Defendant **BPM PROTECH COMPANIES, INC., d/b/a LAKE SHORE INTERIORS,** , in the amount of **$23,204.75,** plus interest, which is amount unpaid from the award; and

B.  Award Plaintiff such other and further relief as this Court deems appropriate under the circumstances.

## COUNT II

### Jurisdiction and Venue

1.  Jurisdiction is founded on Section 301 of the National Labor Relations Act, as amended by 29 U.S.C. Section 185 ( c ) and which presents a federal question pursuant to 28 U.S.C. Secgtion 1331, and on this Court's supplemental jurisdiction.

2.  Venue is proper in this district because it is the district in which the defendants reside.

### The Parties

3.  Plaintiffs reallege paragraph 3 of Count I as and for paragraph 3 of this Count II.

4.  Plaintiff, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, are a jointly administered labor-management fund and have standing to sue as one of the beneficiaries of the collective bargaining agreement between the Union and BPM.

5.  a. Plaintiffs reallege paragraph 4 and as for paragraph 5a of this Count II.

    b. Defendant TERRY HARDY is an individual who resides within this court's jurisdiction.

### The Agreements

6.  Plaintiffs reallege paragraph 5 of Count I as and for paragraph 6 of this Count II.

### The Claims

7-11.  Plaintiffs reallege paragraphs 6 through 10 of Count I as and for paragraphs 7 through 11 of this Count II.

12. **BPM** subsequently paid the wages and a portion of the fines. **BPM** and its owner, Terry Hardy, as a co-maker, entered into an installment note to pay the balance of fines owed on the award. **BPM** has defaulted on the note and **$23,204.75** is the unpaid balance due on the principal of the note. Interest on the note is also owed in the amount of eighteen percent per annum, and the Funds are entitled to recover their reasonable attorneys' fees as provided for in the Note.

WHEREFORE, Plaintiffs pray that this Court enter judgment in favor of Plaintiffs and against the defendants **BPM** and **TERRY HARDY** in the amount of **$23,204.75**, plus interest, and reasonable attorneys' fees.

Respectfully submitted,

PAINTERS' DISTRICT COUNCIL
NO. 14 et al,

By:    S/James R. Anderson
One of its Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415