```
                                                          FILED
                                                          MARCH 13, 2008    TC
                                                          JUDGE MANNING
                                                          MAGISTRATE JUDGE KEYS
```

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM      08cv1505

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number:

Painters District Council No. 14, a labor organization; and Trustees of the Chicago Painters And Decorators Joint Cooperation Trust Fund
               Plaintiff,
  V.
BPM Protech Companies, Inc., d/b/a Lake Shore Interiors, an Illinois corporation and Terry Hardy, individually
               Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print)<br><br>DONALD D. SCHWARTZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Donald D. Schwartz |
| FIRM<br><br>ARNOLD AND KADJAN |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>03124459 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐     NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |