FILED
MARCH 19, 2008   TC
JUDGE MANNING
MAGISTRATE JUDGE KEYS

08cv1505

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:
Painters District Council No. 14, a labor organization; and Trustees of the Chicago Painters And Decorators Joint Cooperation Trust Fund
                    Plaintiff,
    V.
BPM Protech Companies, Inc., d/b/a Lake Shore Interiors, an Illinois corporation and Terry Hardy, individually
                    Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print)<br><br>JAMES R. ANDERSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/James R. Anderson | |
| FIRM<br><br>ARNOLD AND KADJAN | |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6206500 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?<br><br>YES ☑   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?<br><br>YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?<br><br>YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br><br>YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |