AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PAINTERS DISTRICT COUNCIL NO. 14, A LABOR
ORGANIZATION AND TRUSTEES OF THE CHICAGO
PAINTERS AND DECORATORS JOINT COOPERATION
TRUST FUND

        Plaintiffs,

    V.

BPM PROTECH COMPANIES INC., D/B/A LAKE SHORE INTERIORS,
AN ILLINOIS CORPORATION AND TERRY HARDY, INDIVIDUALLY

        Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1505**

**JUDGE MANNING**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

    BPM PROTECH COMPANIES, INC.
    D/B/A LAKE SHORE INTERIORS
    C/O ITS REGISTERED AGENT, MARK UNTERBERGER
    30 NORTH LASALLE STREET, STE. 2040
    CHICAGO, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    JAMES R. ANDERSON
    ANTHONY B. SANDERS
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Morales*

-----------------------------------

(By) DEPUTY CLERK

**March 13, 2008**

-----------------------------------

Date

AO 440  (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 3/14/08   Time : 3:10 pm |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT)  Allen J Harris | TITLE  Law Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 30 N. LaSalle, Suit 2040.
Person Excepted summon "Mark Unterberger" Race: White
Gender: Male, age: 50/55

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/14/08
_____
Date

_____
Signature of Server

19 W. Jackson, Chicago, IL. 60604
_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.