AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PAINTERS DISTRICT COUNCIL NO. 14, A LABOR
ORGANIZATION AND TRUSTEES OF THE CHICAGO
PAINTERS AND DECORATORS JOINT COOPERATION
TRUST FUND

    Plaintiffs,

V.

BPM PROTECH COMPANIES INC., D/B/A LAKE SHORE INTERIORS,
AN ILLINOIS CORPORATION AND TERRY HARDY, INDIVIDUALLY

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1505**

DESIGNATED MAGISTRATE JUDGE: **JUDGE MANNING**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

    TERRY HARDY
    9150 SOUTH LASALLE STREET
    CHICAGO, IL 60620

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    JAMES R. ANDERSON
    ANTHONY B. SANDERS
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

(By) DEPUTY CLERK

March 13, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/24/08 @ 9:30am |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

Served Terry Hardy at residence: 9150 S. LaSalle, Chicago IL (B/m 43, black hair, large build)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/08
            Date              Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL  60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.