IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS' DISTRICT COUNCIL NO. 14, et al, )<br>Plaintiffs, )<br>vs. )<br>)<br>BPM PROTECH COMPANIES, INC., d/b/a )<br>LAKE SHORE INTERIORS, and )<br>TERRY HARDY, Individually, )<br>) | 08 C 1505<br><br>Judge Manning |

**PLAINTIFFS' MOTION FOR ORDER OF DEFAULT AND
FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS, and ARNOLD AND KADJAN, move this Court to enter an order of default and judgment in sum certain in favor of Plaintiffs and against the Defendants. In support of their Motion, the Plaintiffs state as follows:

1. The corporate defendant was personally served with the Summons and Complaint on March 14, 2008, as shown on the return of service filed with the Clerk of the Court on March 17, 2008.

2. The individual defendant was personally served with the Summons and Complaint on April 24, 2008, as shown on the return of service filed with the Clerk of the Court on April 25, 2008.

date.

3. More than twenty days have passed since service of the Complaint and Summons and neither defendant has served an Answer or any other responsive pleading.

5. According to the Affidavit of Angela Gunder, attached as Exhibit 1,

the defendants executed an installment note to pay a joint trade board fine in the principal sum of $33,799.90.

6.    Defendant made a total of $8,800.47 in payments on the award, not including checks which were deposited and presented twice NSF or that could not be deposited. See Affidavit of Angela Gunder attached as Exhibit 1.

7.    Defendants owe the total of $23,204.75 as the balance due on the note, plus interest at the rate of eighteen percent per annum, $4,176.85, for a total of $27,048.59.

WHEREFORE, Plaintiffs pray for the following relief:

A.    That this court enter an order of default against both defendants.

B.    That final judgment be entered in favor of Plaintiffs, Painters' District Council No. 14 and Trustees of the Chicago Painters and Decorators Joint Cooperation Trust Fund and against the Defendants BPM PROTECH COMPANIES, d/b/a LAKE SHORE INTERIORS, and TERRY HARDY, jointly and severally, in the amount of $27,048.59.

        Respectfully submitted,

        PAINTERS' DISTRICT COUNCIL NO. 14, et al,

        S/James R. Anderson
        One of their attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS' DISTRICT COUNCIL NO. 14, et al, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>BPM PROTECH COMPANIES, INC., an Illinois )<br>corporation; and TERRY HARDY, Individually, )<br>)<br>Defendants. ) | 08 C 1505<br><br>Judge Manning |

AFFIDAVIT OF ANGELA GUNDER

ANGELA GUNDER, upon being first duly sworn on oath, deposes and states as follows:

1. I am an employee of OBA MIDWEST, LTD, which is the Third-Party Administrator for the Plaintiffs, Trustees of the Chicago Painters and Decorators Funds, including the Joint Cooperation Trust Fund.

2. As part of my duties, I monitor the submission and payment of amounts owed to t Fund, including amounts that are paid for fines imposed by the Joint Trade Board.

3. According to our records, BPM PROTECH COMPANIES, INC., d/b/a LAKE SHORE INTERIORS, and its president, TERRY HARDY, as co-maker executed an installment note for the principal amount of $33,799.90. A copy is attached as Exhibit A.

4. BPM made several payments, some of which were returned nsf, or which could not be deposited. According to my review of our records, a total of $8,800.47 has been paid on the note. The last payment made by Defendants that was deposited was on June 30, 2007.

5. After applying all payments to principal, this yields a balance of $23,304.75. Upon default, interest accrues at the rate of eighteen percent per annum.

6. The interest the rate of eighteen per percent per annum is $4,176.85 ($23,304.75

times .18. The amount of interest on a per diem basis is $11.44 ($4,176.85 divided by 365). per day.

7. 336 days have elapsed since the last payment due on the note. That amount of interest comes to $3,843.84.

8. The sum of the balance of principal, plus the accrued interest, is $27,048.59.

9. Therefore, BPM PROTECH COMPANIES, INC., d/ba Lake Shore Interiors, and TERRY HARDY owe the amount of $27,048.59 to the Joint Cooperation Trust Fund.

*Angela Gunder*
ANGELA GUNDER

Subscribed and sworn to before me this _3_ day of June, 2008.

*Julie A Tate*
NOTARY PUBLIC

OFFICIAL SEAL
JULIE A TATE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/10

# Exhibit A

## INSTALLMENT NOTE

($48,830.40)                                                                 July 19, 2006

    For Value Received, the undersigned promises to pay to the order of Chicago Painters and Decorators Joint Cooperation Trust Fund the principal sum of Thirty Three Thousand Seven Hundred Ninety Nine and 90/100 ($33,799.90) Dollars, payable in installments as follows:  *[handwritten: 1ST SEPTEMBER]*

Five Hundred Eight and 65/100 ($508.65) on the 1st day of ~~August, 2006~~; Five Hundred Eight and 65/100 Dollars ($508.65) on the 1st day of each month beginning on the 1st day of ~~September, 2006~~; and on the 1st of each month for 93 months succeeding; and a final payment of Five Hundred Eight Dollars and 65/100 ($508.65) on the 1st day of ~~July, 2014~~ with interest on the balance of principal remaining from time to time unpaid at the rate of 10% per annum, payable on the due dates for installments of principal as aforesaid.   *[handwritten margin note: corrected as shown]*

    All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 18% per annum. Payments of both principal and interest shall be delivered to Arnold and Kadjan, 19 West Jackson Boulevard, Suite 300, Chicago, Illinois 60604 or such other place as the legal holder hereof may from time to time in writing appoint.

    At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. Any failure to pay current fringe benefits as they become due shall constitute a default of this Note. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

    The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

    The makers of this Note acknowledge the above indebtedness due pursuant to a collective bargaining agreement between the undersigned and Painters' District Council No. 14, and consent to enforcement by Painters' District Council No. 14 for the duration of this note in the jurisdiction of U.S. District Court for Northern District of Illinois.

    For: Arbitration award imposing Joint Trade Board Fines, hearing in 2004

_____          _____
BPM PROTECH COMPANIES, INC., dba          TERRY HARDY, Individually
LAKE SHORE INTERIORS, by
TERRY HARDY, president

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, et al, | ) |
| | ) No.  08 C 1505 |
| | ) |
| v. | ) Judge Manning |
| | ) |
| BPM PROTECH COMPANIES, INC., d/b/a LAKE SHORE INTERIORS, and TERRY HARDY, individually | ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $27,048.59 is entered in favor of Plaintiffs, Painters District Council No. 14, and against the Defendant, BPM Protech Companies, Inc. d/b/a Lake Shore Interiors, and Terry Hardy, Individually.

2. This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE MANNING**

JAMES R. ANDERSON
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415