## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, et al, | ) |
| | ) No.  08 C 1505 |
| | ) |
| v. | ) Judge Manning |
| | ) |
| BPM PROTECH COMPANIES, INC., d/b/a LAKE | ) |
| SHORE INTERIORS, and TERRY HARDY, individually | ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  BPM Protech Companies, Inc.                Terry Hardy
     d/b/a Lake Shore Interiors                 9150 S. LaSalle St.
     c/o its registered agent, Mark Unterberger  Chicago, IL 60620
     30 North LaSalle Street, Ste. 2040
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **June 12, 2008 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Manning**, in the **Courtroom 2125** usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain.

                              Respectfully submitted,

                              **PAINTERS DISTRICT COUNCIL NO. 14, et al.**

                              By: s/ James R. Anderson
                                  One of their Attorneys

JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid and by fax:

BPM Protech Companies, Inc.  
d/b/a Lake Shore Interiors  
c/o its registered agent, Mark Unterberger  
30 North LaSalle Street, Ste. 2040  
Chicago, IL 60602

Terry Hardy  
9150 S. LaSalle St.  
Chicago, IL 60620

**s/James R. Anderson**  
ARNOLD AND KADJAN  
19 W. Jackson Blvd., Suite 300  
Chicago, IL 60604  
Telephone No.: (312) 236-0415  
Facsimile No.: (312) 341-0438  
Dated: June 4, 2008