UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Painters District Council 14, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01505
                                                      Honorable Blanche M. Manning

BPM Protech Companies, Inc., et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 6/19/2008. On plaintiffs' motion for order of default and judgment in a sum certain [11], enter default order. Said motion is taken under advisement. Ruling by mail.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.