Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1505 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Painters District Council No. 14, et al. Vs. BPM Protech Companies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for order of default and judgment in sum certain [11] is granted. Judgment is entered in favor of plaintiffs and against defendants in the amount of $27,048.59. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|