IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, et al, ) | |
| ) No. 08 C 1505 | |
| ) | |
| v. ) Judge Manning | |
| ) | |
| BPM PROTECH COMPANIES, INC., d/b/a LAKE ) | |
| SHORE INTERIORS, and TERRY HARDY, individually ) | |
| Defendants. ) | |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $27,048.59 is entered in favor of Plaintiffs, Painters District Council No. 14, and against the Defendant, BPM Protech Companies, Inc. d/b/a Lake Shore Interiors, and Terry Hardy, Individually.

2. This is a final and appealable order.

DATED: 7/21/2008

ENTER: Blanche M. Manning
HONORABLE JUDGE MANNING

JAMES R. ANDERSON
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415