## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1505          Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
✓ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
        *(Type of Writ)*                  _____
                                          _____
                                          *(Type of issuance)*

_1_ Original and _1_ copies on _9-3-08_ as to  BPM PROTECH COMPANIES,
                                *(Date)*
INC. ( NOTICE FILED)
_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 08 C 1505 |
| v. ) | |
| ) | |
| BPM PROTECH COMPANIES, INC., d/b/a LAKE ) | Judge Manning |
| SHORE INTERIORS, and TERRY HARDY, ) | |
| individually ) | |
| Defendant. ) | |

### CITATION NOTICE

Judgment Debtor's  
Last known Address:

Judgment Creditor/  
Creditor's Attorney:

Name: BPM Protech Companies, Inc.,

**ARNOLD and KADJAN**

City: Terry Hardy  
9150 S. LaSalle Street  
Chicago, IL 60620

Phone:

19 West Jackson Blvd.  
Chicago, IL 60604  
(312) 236-0415

Judgment in the amount of **$27,048.59** for **PAINTERS DISTRICT COUNCIL NO. 14, et al.** Of that amount, **$27,048.49** for **PAINTERS DISTRICT COUNCIL NO. 14, et al.** remains due.

Name of person receiving Citation: **BPM Protech Companies, Inc., c/o Terry Hardy, its president, and Terry Hardy, individually, 9150 S. LaSalle Street, Chicago, IL 60620.**

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before the **Honorable Judge Manning on September 30, 2008** at **11:00 a.m., Room 2125** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the Debtor include the Debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the Debtor;

(2) Social Security and SSI benefits;

(3) Public assistance benefits;

(4) Unemployment compensation benefits;

(5) Worker's compensation benefits;

(6) Veteran's benefits;

(7) Circuit breaker property tax relief benefits;

(8) The Debtor's equity interest not to exceed $750.00 in value, in any implements professional books, or tools of the trade of the Debtor.

(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500.00, which homestead is exempt from judgment;

(10) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount of which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wages;

(11) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage;

(12) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 South Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing.